**ORIGINAL**

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means         ☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>U.S. Priority Mail parcel EJ281033727US as described in Attachment A | )<br>)<br>)  Case No 3:20-mc-00507 .<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Oregon_____
*(identify the person or describe the property to be searched and give its location)*:

U.S. Priority Mail parcel EJ281033727US as described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 11, 2020_____  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   U.S. Magistrate Judge Youlee Yim You, via Clerk   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  May 28, 2020 11:41 am         *Youlee Yim You*
                                                     *Judge's signature*

City and state:   Portland, Oregon              Hon. Youlee Yim You, United States Magistrate Judge
                                                *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:20-mc-00507 | Date and time warrant executed: 05/28/2020 11:52 A.M. | Copy of warrant and inventory left with: Priority Mail parcel EJ281033727US |

Inventory made in the presence of :
GA Ryan Glaser, USPIS

Inventory of the property taken and name(s) of any person(s) seized:

Items used to conceal the presence of U.S. Currency including:

Black sweatshrt
Tissue paper
Inside Game box, "Heads UP!"
Aluminum foil
Ziplock bags

and U.S. Currency in the following amount:

$100 x 10 = $1,000

$50 x 8 = $400

$20 x 930 = $18,600

Total = $20,000

////////////////////////////////////////////////////////////NOTHING////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////// FOLLOWS////////////////////////////////////////////////////////////////////////

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   June 25, 2020

*Executing officer's signature*

Shane R. Winder, Postal Inspector
*Printed name and title*

## Attachment A

### Parcel to be Searched:

The following U.S. Postal Service parcel, presently in the possession of the U.S. Postal Inspection Service at the USPIS Portland Domicile, 7007 NE Cornfoot Dr., Portland, OR 97218:

### DESCRIPTION OF THE SUBJECT PARCEL

### Subject Parcel

| | |
|---|---|
| U.S. Priority Mail Express parcel number: | EJ281033272US |
| Sender name and address: | Mystic Photography<br>60 Bridgewater Court<br>Lafayette, IN 47909 |
| Recipient name and address: | Dustin Ice<br>236 Pearl St. #2<br>Oregon City OR 97045 |
| Parcel Type: | USPS box with Priority Express sticker |
| Parcel Weight: | 5 pound, 10 ounces |



Attachment A                                                                                      Page 1 of 1

**Attachment B**

**Particular Things to be Seized:**

The following controlled substances, records, documents, and items that constitute evidence, contraband, fruits, and/or instrumentalities of violations of the following federal criminal statutes involving the unlawful use of the U.S. mails with intent to distribute controlled substances and proceeds of the unlawful use of the U.S. mails with intent to distribute controlled substances and proceeds of unlawful activity in violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846; and 18 U.S.C. § 1952(a)(1), and criminal forfeiture related to drug trafficking, as provided in 21 U.S.C. § 853:

1. Controlled substances, including marijuana, methamphetamine, cocaine, heroin, and any other illegal controlled substance listed in DEA Scheduling of Controlled Substances.
2. Currency and proceeds of controlled substance trafficking.
3. Packaging material and contents.
4. Any items of identification, records, correspondence, accounts, ledgers, pay-and-owe sheets, or other documents associated with the manufacture, distribution, or possession of controlled substances or the possession or distribution of currency and proceeds of controlled substance trafficking, or with the laundering of monetary instruments.